

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00092-CR

Clarence Lynn **CAMPBELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0175-02
Honorable Jennifer Peña, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
          Irene Rios, Justice
          Velia J. Meza, Justice

Delivered and Filed: March 18, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal his conviction for aggravated assault causing serious bodily injury. "A timely notice of appeal is necessary to invoke" appellate jurisdiction. *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)).

The trial court imposed the sentence on December 18, 2025. No motion for new trial was filed; therefore, the notice of appeal was due by January 18, 2026. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on or before February 2, 2026. TEX. R. APP. P. 26.3. The record reflects that appellant did not file a notice of appeal until February 3, 2026, and did not file a motion for extension of time to file his notice of appeal. We ordered appellant to file a response explaining why this appeal should not be dismissed for lack of jurisdiction. Appellant has not filed a response.

Because the notice of appeal is untimely, we must dismiss this appeal for lack of jurisdiction. *Taylor*, 424 S.W.3d at 43; *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

PER CURIAM

DO NOT PUBLISH